### FINE v. LYONS.

(Supreme Court, Appellate Term, First Department. April 16, 1913.)

.ATTACHMENT (§ 122*)—PROCEEDINGS—ADDITIONAL PAPERS.

An application to be allowed to file additional papers in an attachment proceeding was properly denied, where the attachment must be vacated for defects upon which such additional papers would have no bearing.

[Ed. Note.—For other cases, see Attachment, Cent. Dig. §§ 323–337; Dec. Dig. § 122.*]

Appeal from City Court of New York, Trial Term.

Action by Samuel Fine against Mary Lyons. From a portion of .an order of the City Court of the City of New York, denying plain- tiff's application to be allowed to file additional papers, he appeals. Affirmed.

See, also, 141 N. Y. Supp. 294.

Argued April term, 1913, before GUY, GERARD, and PAGE, JJ.

George W. Glaze, of New York City, for appellant.

Alexander & Green, of New York City (R. Hunter McQuistion, of New York City, of counsel), for respondent.

PER CURIAM. Having determined that the attachment must be vacated for defects upon which the additional papers that were sought to be filed would have no bearing, in Fine v. Lyons, 141 N. Y. Supp. 294, decided herewith, this order will be affirmed, without costs, but with disbursements to the respondent.